**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**_____ _____ DIVISION**

|   |   |   |
|---|---|---|
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | |

**MEDIATOR'S REPORT**

In accordance with the Court's Order, a mediation conference was held on _____.

The conference resulted in _____ (settlement, impasse or will be continued).  All

parties and counsel were/were not present.  (List those persons who were not present).

Note from the Mediator (if any):

SIGNED this _____ day of _____, _____.

/s/ P. Michael McCullough
_____
Assigned Mediator