**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| QUANTALA TRAMEL PIERCE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATRIX OF THE ESTATE OF CARL PIERCE, | § § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 5:21-CV-00130-RWS |
| C-L & ASSOCIATES, INC. D/B/A FAY-J PACKAGING | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the above-captioned case, the Court hereby enters final judgment. Accordingly, it is

**ORDERED** that all claims in this lawsuit are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any pending motions not previously ruled on are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 28th day of March, 2023.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE